IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivan Pentchev Iontchev, on behalf of himself and other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AAA Cab Service, Inc., an Arizona Corporation, d/b/a AAA Yellow Cab Co., AAA, Yellow, Courier, Checker, Neal's, TLC, Fiesta, AAA Sedan, Aguila's; et al.,<br><br>    Defendants. | Case No. CV-12-0256-PHX-ROS<br><br>**JUDGMENT** |

Pursuant to the Court's March 18, 2015 Order,

**IT IS ORDERED** as follows:

1.   On March 26, 2014, the Court certified a class action pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure defined as "[a]ll current drivers who operate leased taxis from AAA Yellow Cab for the purpose of transporting passengers from Phoenix Sky Harbor International Airport. This definition expressly includes relief drivers who do not have primary responsibility on the lease with AAA Yellow Cab."

2.   Previously, on or about November 20, 2012, the Court preliminarily certified a collective action under the Fair Labor Standards Act ("FLSA") resulting in notice being sent to all "drivers who leased taxis from AAA Yellow Cab between November 2009 and the present for the purpose of transporting passengers to and from Phoenix Sky Harbor International Airport in accordance with AAA Yellow Cab's

agreement with the City of Phoenix," and pursuant to which individual claimants elected to participate either through the filing of consent to opt-in forms or through the filing of separate individual lawsuits that were consolidated with this action.

3. Pursuant to Rule 23(c)(3) of the Federal Rules of Civil Procedure, all individuals included in the definition of the class described in Paragraph 1 above are members of this class action and are bound by this Judgment, as are all individuals who opted in to the FLSA collective action, and who did not subsequently request to withdraw, and consolidated litigants as described in Paragraph 2 above.

4. Defendants are entitled to judgment in their favor on all claims asserted in this case.

Dated this 31st day of March, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge